1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,    )    CR 07-1130(B)-VBF
                                 )
11              Plaintiff,       )
                                 )
12       v.                      )    ORDER OF DETENTION AFTER HEARING
                                 )    (18 U.S.C. § 3142(i))
13  Baraka Mtumi Betts,          )
                                 )
14              Defendant.       )

15

16                                   I.

17       A.   (✓) On motion of the Government involving an alleged

18            1.   (✓)  crime of violence;

19            2.   (✓)  offense with maximum sentence of life

20                      imprisonment or death;

21            3.   ( )  narcotics or controlled substance offense with

22                      maximum sentence of ten or more years (21

23                      U.S.C. §§ 801,/951, et. seq.,/955a);

24            4.   ( )  felony - defendant convicted of two or more

25                      prior offenses described above.

26       B.   On motion (✓) (by the Government)/( ) (by the Court sua

27            sponte involving)

28            1.   (✓) serious risk defendant will flee;

FILED
CLERK, U.S. DISTRICT COURT
APR 1 1 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

```
    2.  ( ) serious risk defendant will
         a. ( ) obstruct or attempt to obstruct justice;
         b. ( ) threaten, injure, or intimidate a prospective
              witness or juror or attempt to do so.
```

II.

The Court finds no condition or combination of conditions will reasonable assure:

    A.   (✓) appearance of defendant as required; and/or

    B.   (✓) safety of any person or the community;

III.

The Court has considered:

    A.   (✓) the nature and circumstances of the offense;

    B.   (✓) the weight of evidence against the defendant;

    C.   (✓) the history and characteristics of the defendant;

    D.   (✓) the nature and seriousness of the danger to any person or to the community.

IV.

The Court concludes:

    A.   (✓) Defendant poses a risk to the safety of other persons or the community because: _See Pretrial Services Report_

///

///

B.  (✓) History and characteristics indicate a serious risk that defendant will flee because: _See Pretrial Services Report_

C.  (✓) A serious risk exists that defendant will:
1. ( ) obstruct or attempt to obstruct justice;
2. ( ) threaten, injure or intimidate a witness/juror; because: _____

D.  (✓) Defendant has not rebutted by sufficient evidence to the contrary the presumption provided in 18 U.S.C. § 3142 (e).

IT IS ORDERED that defendant be detained prior to trial.

IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections facility separate from persons awaiting or serving sentences or person held pending appeal.

IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private consultation with his counsel.

DATED: 4/11/08

_Patrick J. Walsh_
U.S. MAGISTRATE JUDGE / DISTRICT JUDGE