JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **BARAKA MTUMI RAFIKI BETTS,** ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Respondent. ) | No. LA CV 16-03828-VBF <br> CR16-3828-VBF <br> **FINAL JUDGMENT** |

Pursuant to this Court's Order Denying the 28 U.S.C. Section 2255 Habeas Corpus Motion, **final judgment is hereby entered in favor of respondent and against petitioner Baraka Mtumi Rafiki Betts.**

Dated: October 13, 2017

*Valerie Baker Fairbank*
_____
VALERIE BAKER FAIRBANK
Senior UNITED STATES DISTRICT JUDGE